UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-13559 |
| CROCITTO, JR., FRANK A. | Chapter: | 7 |
| CROCITTO, CHRISSY | Judge: | MBK |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>July 16, 2019</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 204 VILLANOVA PL, MATAWAN, NJ
The debtor(s) purchased the property in 2014 for $370,000. The property is valued at $385,000 based upon an Appraisal.

Liens on property:

GATEWAY MORTG. - $342,468

Amount of equity claimed as exempt:

NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-13559-MBK
Frank A. Crocitto, Jr.                                          Chapter 7
Chrissy Crocitto
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2             Date Rcvd: Jun 11, 2019
                              Form ID: pdf905        Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
```
db/jdb         Frank A. Crocitto, Jr.,   Chrissy Crocitto,    204 Villanova Pl,    Matawan, NJ  07747-3429
518040427      Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518040430      Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
518040431      Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
518040432      Chrysler Capita,    Santander Consumer USA,    PO Box 961275,    Fort Worth, TX  76161-0275
518040433      Chrysler Capital,    PO Box 961275,    Fort Worth, TX  76161-0275
518040434      Citi,    PO Box 6190,    Sioux Falls, SD  57117-6190
518040435      Citi/CBNA,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,    Louis, MO  63113
518040436      Citi/Sears,    Citibank/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
518040437      Citibank,    Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO  63179-0034
518040438      Citibank N A,    PO Box 769006,    San Antonio, TX  78245-9006
518040439      Citibank NA,    PO Box 6181,    Sioux Falls, SD  57117-6181
518040440      Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO  63179-0441
518040441      Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO  63179-0034
518040443      Citicards Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
518040442      Citicards Cbna,    Citi Bank,    PO Box 6077,    Sioux Falls, SD  57117-6077
518040449      Comenitycb/myplacerwds,    PO Box 182120,    Columbus, OH  43218-2120
518040450     +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    PO Box 790040,
                Saint Louis, MO 63179-0040
518040451      Dsnb Macys,    PO Box 8218,    Mason, OH  45040-8218
518040454      Jewelers Reserve Card,    PO Box 9001006,    Louisville, KY  40290-1006
518040455      Jewelers Reserve/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518040461      Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX  76161-0244
518040462      Sears/Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
518040471      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518040472      Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH  45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518040429      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:47:28      Capital One,
                PO Box 30253,    Salt Lake City, UT  84130-0253
518040428      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 23:46:38      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
518040444      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:31      Comenity Bank/Pottery Barn,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
518040445      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:31      Comenity Bank/Pttrybrn,
                PO Box 182789,    Columbus, OH  43218-2789
518040446     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:31
                Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    PO Box 182125,
                Columbus, OH 43218-2125
518040447      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:31      Comenity Capital/Mprc,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
518040448      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 11 2019 23:39:32      Comenitybank/victoria,
                PO Box 182789,    Columbus, OH  43218-2789
518040452     +E-mail/Text: bankruptcy@gatewayloan.com Jun 11 2019 23:40:02      Gateway Mortgage Grp,
                ATTN: Bankruptcy Dept.,    244 S Gateway Pl,    Jenks, OK 74037-3460
518040453     +E-mail/Text: bankruptcy@gatewayloan.com Jun 11 2019 23:40:02      Gateway Mortgage Grp,
                244 S Gateway Pl,    Jenks, OK 74037-3460
518040456      E-mail/Text: electronicbkydocs@nelnet.net Jun 11 2019 23:39:51      Nelnet,    Attn: Claims,
                PO Box 82505,    Lincoln, NE  68501-2505
518040457      E-mail/Text: electronicbkydocs@nelnet.net Jun 11 2019 23:39:51      Nelnet Lns,
                3015 S Parker Rd,    Aurora, CO  80014-2904
518040458      E-mail/Text: bnc@nordstrom.com Jun 11 2019 23:38:58      Nordstrom FSB,    ATTN: Bankruptcy,
                PO Box 6555,    Englewood, CO  80155-6555
518040459      E-mail/Text: bnc@nordstrom.com Jun 11 2019 23:38:58      Nordstrom/Td Bank USA,
                13531 E Caley Ave,    Englewood, CO  80111-6504
518040460      E-mail/Text: aurso@frf1.com Jun 11 2019 23:40:57      Performance Finance,
                10509 Professional Cir,    Reno, NV  89521-5864
518040466      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:47:17      Syncb/Toys 'R' US,
                Attn: Bankruptcy,    PO Box 965004,    Orlando, FL  32896-5004
518040467      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:55      Syncb/Walmart DC,    PO Box 965024,
                Orlando, FL  32896-5024
518040463      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:47:17      Syncb/amazon,    PO Box 965015,
                Orlando, FL  32896-5015
518040464      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:45:55      Syncb/mc,    PO Box 965005,
                Orlando, FL  32896-5005
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518040465      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:46:33      Syncb/oldnavydc,   PO Box 965005,
                Orlando, FL  32896-5005
518043515     +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:47:17      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518040468      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:46:33      Synchrony Bank/Amazon,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
518040469      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:47:17      Synchrony Bank/Old Navy,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
518040470      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 23:47:18      Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
              Kevin B. Zazzera    on behalf of Debtor Frank A. Crocitto, Jr. kzazz007@yahoo.com
              Kevin B. Zazzera    on behalf of Joint Debtor Chrissy  Crocitto kzazz007@yahoo.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```